**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

No. 98-7761

—————

ROBERT PATTERSON,

Petitioner - Appellant,

versus

WARDEN, MARYLAND HOUSE OF CORRECTION; ATTORNEY
GENERAL OF THE STATE OF MARYLAND,

Respondents - Appellees.

—————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
98-3493-DKC)

—————

Submitted: August 31, 1999          Decided: September 20, 1999

—————

Before ERVIN,* MICHAEL, and MOTZ, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Mark Lawrence Gitomer, CARDIN & GITOMER, P.A., Baltimore, Maryland,
for Appellant.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

———————

* Judge Ervin participated in this case but died prior to the
time the decision was filed. The decision is filed by a quorum of
the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Patterson v. Warden, Maryland House of Corr., No. CA-98-3493-DKC (D. Md. Oct. 30, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED